No. 1891, Misc.   JELKS v. ARIZONA.   Sup. Ct. Ariz. Certiorari denied.

No. 1909, Misc.   KENNEDY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 1913, Misc.   BUCHANON v. CULLMAN CITY BOARD OF EDUCATION.   Ct. Civ. App. Ala.   Certiorari denied.

No. 1967, Misc.   LANDRY v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 1980, Misc.   ROOK v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 1995, Misc.   MOORE v. FOLLETTE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 2013, Misc.   HATT v. NEW JERSEY.   Super. Ct. N. J.   Certiorari denied.

No. 2034, Misc.   REED v. FOLLETTE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 2035, Misc.   STEAD v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 2036, Misc.   SMELSER v. UTAH.   Sup. Ct. Utah. Certiorari denied.

No. 2039, Misc.   CURL v. BURKE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 2045, Misc.   PARKER v. SOUTH DAKOTA ET AL. C. A. 8th Cir.   Certiorari denied.